TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00084-CV

MHD, Inc., Appellant

v.

Zoning Board of Adjustment of City of San Angelo, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT

NO. C-97-0921-C, HONORABLE JOHN E. SUTTON, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss the appeal. We hereby grant MHD, Inc.'s
motion to dismiss its appeal.

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: April 24, 1998

Do Not Publish